# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

IN RE:    Leslie Dozier                                  CASE NO.:   19-10022

DEBTOR(S)

## CERTIFICATE OF SERVICE

I/We : Leslie Dozier,

served a copy of the Notice of Hearing

to the following parties (list addresses):   Annette C. Crawford, P.O. Box 2159, Memphis, TN 38101

SN Servicing Corporation, 323 5th Street, Eureka, CA  95501

FCI Lender Services, P.O. Box 27370, Anaheim Hills, CA  92809-0112

U.S Trustee, Region V, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238

IRS P.O. Box 7346, Philadelphia, PA 19101 ; LA Dept. Revenue, PO Box 66658, BR, LA 70896

Method of Service: via United States mail and properly addressed.

June 2, 2020

*Leslie Dozier*
Leslie Dozier

Address:  6831 N. Fieldgate Court

Baton Rouge, LA 70808

Phone:  225-335-9890