**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

LESLIE DOZIER                                                                    CASE NO. 19-10022
    DEBTOR                                                                    CHAPTER 13

ORDER

CONSIDERING the Motion by Trustee to Deposit Funds into the Treasury [P-102] filed by Annette C. Crawford, Trustee;

IT IS ORDERED that funds in the total amount of $3736.92 be deposited into the Treasury of the United States in accordance with 28 U.S.C. §2041 by issuing a check made payable to the United States Bankruptcy Court, Middle District of Louisiana, and held for the above named debtor.

Baton Rouge, Louisiana, September 10, 2020.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE